IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SHAREE MAE GORMAN**                                                                                   **PLAINTIFF**

v.                               Case No. 4:15-cv-00399-KGB-JTK

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                                **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition received from Magistrate Judge Jerome T. Kearney (Dkt. No. 15). No objections to the Recommended Disposition have been filed. After careful review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. The Court affirms the Commissioner's decision, denies Ms. Gorman's request for relief, and dismisses with prejudice this case. Judgment shall be entered accordingly.

So ordered this 5th day of May, 2016.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge